STATE OF MAINE                                    SUPERIOR COURT
   v.                                            AROOSTOOK, ss.
MATTHEW R DAVIS                                   Docket No  HOUSC-CR-2013-00137
MAINE STATE PRISON #126316 807 CUSHING ROAD
WARREN ME 04864                                  **DOCKET RECORD**

DOB: 10/29/1980
Attorney: TINA NADEAU                            State's Attorney: DONALD MACOMBER
        LAW OFFICE TINA NADEAU                State's Attorney: DEBORAH CASHMAN
        PO BOX 7656                          State's Attorney: LEANE ZAINEA
        PORTLAND ME 04112-7656
        APPOINTED 03/21/2017

Filing Document: CRIMINAL COMPLAINT              Major Case Type: HOMICIDE
Filing Date: 09/25/2013

## Charge(s)

1    MURDER                                   09/23/2013 OAKFIELD
Seq 621   17-A  201(1)(A)       Class M
    FARREN             / MSP

2    MURDER                                   09/23/2013 OAKFIELD
Seq 621   17-A  201(1)(A)       Class M
    FARREN             / MSP

3    ARSON                                    09/23/2013 OAKFIELD
Seq 776   17-A  802(1)(A)       Class A  Charged with INDICTMENT on Supplem

4    ARSON                                    09/23/2013 OAKFIELD
Seq 776   17-A  802(1)(A)       Class A  Charged with INDICTMENT on Supplem

5    THEFT BY UNAUTHORIZED TAKING OR TRANSFER  09/23/2013 OAKFIELD
Seq 8424   17-A  353(1)(B)(1)     Class B  Charged with INDICTMENT on Supplem

6    ARSON                                    09/23/2013 OAKFIELD
Seq 776   17-A  802(1)(A)       Class A  Charged with INDICTMENT on Supplem

7    ARSON                                    09/23/2013 OAKFIELD
Seq 776   17-A  802(1)(A)       Class A  Charged with INDICTMENT on Supplem

8    AGGRAVATED CRIMINAL MISCHIEF             09/23/2013 OAKFIELD
Seq 779   17-A  805(1)(A)       Class C  Charged with INDICTMENT on Supplem

9    THEFT BY UNAUTHORIZED TAKING OR TRANSFER  09/23/2013 OAKFIELD
Seq 8427   17-A  353(1)(B)(4)     Class C  Charged with INDICTMENT on Supplem

10    THEFT BY UNAUTHORIZED TAKING OR TRANSFER  09/23/2013 OAKFIELD
Seq 8427   17-A  353(1)(B)(4)     Class C  Charged with INDICTMENT on Supplem

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

## Docket Events:

09/25/2013 FILING DOCUMENT -   CRIMINAL COMPLAINT FILED ON 09/25/2013

09/25/2013 Charge(s): 1,2
          HEARING -   INITIAL APPEARANCE SCHEDULED FOR 09/25/2013 at 11:30 a.m.

          NOTICE TO PARTIES/COUNSEL
09/25/2013 Charge(s): 1,2
          HEARING -   INITIAL APPEARANCE HELD ON 09/25/2013
          E ALLEN HUNTER , JUSTICE
          TAPE 2354 INDEX 466 - 644
09/25/2013 Charge(s): 1,2
          HEARING -   STATUS CONFERENCE SCHEDULED FOR 02/19/2014 at 09:00 a.m.

09/25/2013 BAIL BOND -   NO BAIL ALLOWED SET BY COURT ON 09/25/2013
          E ALLEN HUNTER , JUSTICE
10/02/2013 MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 10/02/2013

10/02/2013 MOTION -   MOTION FOR APPOINTMENT OF CNSL GRANTED ON 10/02/2013
          E ALLEN HUNTER , JUSTICE
          DEF IS INDIGNET
10/02/2013 Party(s): MATTHEW R DAVIS
          ATTORNEY -   APPOINTED ORDERED ON 10/02/2013

          Attorney: JAMES DUNLEAVY
10/02/2013 Party(s): MATTHEW R DAVIS
          ATTORNEY -   APPOINTED ORDERED ON 10/02/2013

          Attorney: SARAH LECLAIRE
10/11/2013 Party(s): STATE OF MAINE
          ATTORNEY -   RETAINED ENTERED ON 10/07/2013

          Attorney: DEBORAH CASHMAN
10/11/2013 Party(s): STATE OF MAINE
          ATTORNEY -   RETAINED ENTERED ON 10/07/2013

          Attorney: LEANE ZAINEA
10/11/2013 HEARING -   CONFERENCE HELD ON 10/08/2013

          ATTORNEYS BY PHONE
10/11/2013 MOTION -   MOTION FOR MENTAL EXAMINATION FILED BY STATE ON 09/30/2013

10/17/2013 MOTION -   OTHER MOTION FILED BY DEFENDANT ON 10/17/2013

          MOTION FOR ORDER DIRECTING THE STATE TO PRESERVE EVIDENCE
10/24/2013 MOTION -   OTHER MOTION GRANTED ON 10/17/2013
          E ALLEN HUNTER , JUSTICE
          MOTION FOR ORDER DIRECTING THE STATE TO PRESERVE EVIDENCE
10/24/2013 HEARING -   CONFERENCE HELD ON 10/24/2013

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

E ALLEN HUNTER , JUSTICE
DISCUSSION REGARDING FORENSIC EVALUATION
10/28/2013 Charge(s): 1,2
OTHER FILING -  OTHER DOCUMENT FILED ON 10/28/2013

DEFENDANT'S OBJECTION TO THE STATE'S MOTION FOR FORENSIC EVALUATION
10/28/2013 HEARING -  MOTION FOR MENTAL EXAMINATION SCHEDULE OTHER COURT ON 11/13/2013 at 01:00 p.m.

CARSC
10/28/2013 HEARING -  MOTION FOR MENTAL EXAMINATION NOTICE SENT ON 10/28/2013

11/12/2013 Charge(s): 1,2
HEARING -  STATUS CONFERENCE NOT HELD ON 11/08/2013

11/12/2013 Charge(s): 1,2,3,4,5,6,7,8,9,10
SUPPLEMENTAL FILING -  INDICTMENT FILED ON 11/08/2013

11/12/2013 Charge(s): 1,2,3,4,5,6,7,8,9,10
HEARING -  ARRAIGNMENT SCHEDULED FOR 11/13/2013 at 01:00 p.m.

11/13/2013 HEARING -  MOTION FOR MENTAL EXAMINATION NOT HELD ON 11/13/2013

11/13/2013 Charge(s): 1,2,3,4,5,6,7,8,9,10
HEARING -  ARRAIGNMENT HELD ON 11/13/2013
E ALLEN HUNTER , JUSTICE
Defendant Present in Court

READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT. 150 DAYS TO FILE MOTIONS                    TAPE 500, INDEX 4605
11/13/2013 MOTION -  MOTION FOR MENTAL EXAMINATION GRANTED ON 11/13/2013
E ALLEN HUNTER , JUSTICE
COPY SENT TO STATE FORENSIC SERVICE
11/13/2013 Charge(s): 1,2,3,4,5,6,7,8,9,10
PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 11/13/2013

11/13/2013 PSYCHIATRIC EXAM -  ORDER MENTAL EXAM-COMPETENCY ENTERED ON 11/13/2013
E ALLEN HUNTER , JUSTICE
11/13/2013 PSYCHIATRIC EXAM -  ORDER MENTAL EXAM-INSANITY ENTERED ON 11/13/2013
E ALLEN HUNTER , JUSTICE
11/13/2013 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/28/2014 at 09:00 a.m.

04/06/2014 MOTION -  MOTION FOR EXTENSION OF TIME FILED BY DEFENDANT ON 03/28/2014

04/09/2014 MOTION -  MOTION FOR EXTENSION OF TIME GRANTED ON 04/07/2014

COPY TO PARTIES/COUNSEL                                          DEADLINE FOR
FILING MOTIONS IS EXTENDED TO 5/11/14
04/09/2014 PSYCHIATRIC EXAM - COMPETENCY EVALUATION REPORT FILED ON 04/07/2014

04/09/2014 PSYCHIATRIC EXAM -  ORDER MENTAL EXAM-OTHER ISSUES REPORT FILED ON 04/07/2014

04/23/2014 HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 04/23/2014

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

04/28/2014 MOTION -  MOTION FOR EXTENSION OF TIME FILED BY DEFENDANT ON 04/18/2014

06/06/2014 HEARING -  DISPOSITIONAL CONFERENCE HELD ON 05/28/2014

08/07/2014 MOTION -  MOTION FOR EXTENSION OF TIME GRANTED ON 08/04/2014
           E ALLEN HUNTER , JUSTICE
           "DEADLINE TO FILE MTN EXTENDED TO 8/11/14"
08/13/2014 MOTION -  OTHER MOTION FILED BY STATE ON 08/08/2014

           STATE OF MAINE'S REQUEST FOR THE RELEASE OF STATE FORENSIC REPORTS
08/13/2014 MOTION -  MOTION IN LIMINE FILED BY DEFENDANT ON 08/11/2014

           RE: SPOUSAL PRIVILEGE
08/13/2014 MOTION -  MOTION IN LIMINE FILED BY DEFENDANT ON 08/11/2014

           RE: IDENTIFICATION OF DEFENDANT
11/14/2014 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 08/11/2014

11/14/2014 MOTION -  MOTION FOR DISCOVERY FILED BY STATE ON 08/07/2014

11/20/2014 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 03/19/2015 at 09:00 a.m.

           NOTICE  TO PARTIES/COUNSEL
11/20/2014 HEARING -  MOTION TO SUPPRESS NOTICE SENT ON 11/20/2014

02/25/2015 HEARING -  MOTION TO SUPPRESS CONTINUED ON 02/25/2015

02/27/2015 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 04/23/2015 at 09:00 a.m.

           NOTICE  TO PARTIES/COUNSEL
02/27/2015 HEARING -  MOTION TO SUPPRESS NOTICE SENT ON 02/27/2015

03/23/2015 HEARING -  MOTION TO SUPPRESS CONTINUED ON 03/23/2015

04/23/2015 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 06/25/2015 at 09:00 a.m.

           NOTICE  TO PARTIES/COUNSEL
04/23/2015 HEARING -  MOTION TO SUPPRESS NOTICE SENT ON 04/23/2015

04/23/2015 HEARING -  MOTION IN LIMINE SCHEDULED FOR 06/25/2015 at 09:00 a.m.

           NOTICE  TO PARTIES/COUNSEL
04/23/2015 HEARING -  MOTION IN LIMINE NOTICE SENT ON 04/23/2015

06/25/2015 MOTION -  MOTION FOR DISCOVERY GRANTED ON 06/25/2015
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL
06/25/2015 MOTION -  OTHER MOTION GRANTED ON 06/25/2015
           E ALLEN HUNTER , JUSTICE
           STATE OF MAINE'S REQUEST FOR THE RELEASE OF STATE FORENSIC REPORTS
06/25/2015 HEARING -  MOTION IN LIMINE NOT HELD ON 06/25/2015

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

06/25/2015 MOTION -  MOTION IN LIMINE UNDER ADVISEMENT ON 06/25/2015
           E ALLEN HUNTER , JUSTICE
06/25/2015 MOTION -  MOTION IN LIMINE UNDER ADVISEMENT ON 06/25/2015
           E ALLEN HUNTER , JUSTICE
06/25/2015 HEARING -  MOTION TO SUPPRESS HELD ON 06/25/2015
           E ALLEN HUNTER , JUSTICE
           Reporter: WENDY AMBROSE
06/25/2015 TRIAL -  JURY TRIAL SCHEDULED FOR 01/25/2016 at 09:00 a.m.

           NOTICE TO PARTIES/COUNSEL
07/13/2015 NOTE -  OTHER CASE NOTE ENTERED ON 07/13/2015

           COPY OF CRIMINAL RESPONSIBILITY REPORT SENT TO DEB CASHMAN, AAG
07/24/2015 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 07/24/2015

07/27/2015 MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/24/2015
           DAVID J SOUCY , JUDGE
           COPY TO PARTIES/COUNSEL
07/28/2015 OTHER FILING -  MEMORANDUM OF LAW FILED ON 07/27/2015

           DEFENDANT'S POST HEARING MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS
08/27/2015 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY STATE ON 08/20/2015

08/27/2015 MOTION -  MOTION FOR ENLARGEMENT OF TIME GRANTED ON 08/24/2015
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL
09/21/2015 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY STATE ON 09/21/2015

09/21/2015 MOTION -  MOTION FOR ENLARGEMENT OF TIME GRANTED ON 09/21/2015
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL
09/21/2015 OTHER FILING -  MEMORANDUM OF LAW FILED ON 09/21/2015

           STATE'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS
09/29/2015 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 09/28/2015

           MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS
09/29/2015 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION FOR ENLARGEMENT OF TIME GRANTED ON 09/28/2015
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL
10/27/2015 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION TO SUPPRESS DENIED ON 10/22/2015
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL                              GRANTED IN PART
           DENIED IN PART (SEE ORDER)
10/27/2015 OTHER FILING -  OTHER DOCUMENT FILED ON 10/02/2015

           DEFENDANT'S REPLY POST HEARING MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS
11/10/2015 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 10/28/2015

           DEFENDANTS MOTION FOR CORRECTION OF ORDER FOR DOCKET ENTRY AND DOCKET ENTRY
           CR_200, Rev. 07/15       Page  5  of 18               Printed on: 05/31/2024

11/23/2015 MOTION -   MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 11/20/2015


11/27/2015 MOTION -   OTHER MOTION GRANTED ON 11/12/2015
           E ALLEN HUNTER , JUSTICE
           DEFENDANTS MOTION FOR CORRECTION OF ORDER FOR DOCKET ENTRY AND DOCKET ENTRYTHE MOTION IS
           GRANTED. THE COURT HAS MADE ITS CORRECTION ON THE ORIGINAL ORDER. - EAH
11/27/2015 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -   MOTION TO SUPPRESS GRANTED ON 10/22/2015
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL                                      GRANTED IN PART
           AND DENIED IN PART (SEE ORDER)
11/30/2015 Party(s):  MATTHEW R DAVIS
           ATTORNEY -  RETAINED ENTERED ON 11/30/2015


           Attorney: DANIEL LILLEY
12/04/2015 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 12/11/2015 at 01:00 p.m.


           CARSC
12/04/2015 HEARING -  CONFERENCE NOTICE SENT ON 12/04/2015


12/04/2015 Party(s):  MATTHEW R DAVIS
           ATTORNEY -  WITHDRAWN ORDERED ON 12/04/2015


           Attorney: JAMES DUNLEAVY
12/04/2015 Party(s):  MATTHEW R DAVIS
           ATTORNEY -  WITHDRAWN ORDERED ON 12/04/2015


           Attorney: SARAH LECLAIRE
12/11/2015 HEARING -  CONFERENCE HELD ON 12/11/2015
           E ALLEN HUNTER , JUSTICE
12/11/2015 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 12/15/2015 at 01:00 p.m.


           CARSC
01/03/2016 HEARING -  CONFERENCE HELD ON 12/15/2015
           E ALLEN HUNTER , JUSTICE
01/03/2016 TRIAL -  JURY TRIAL CONTINUED ON 12/15/2015


01/03/2016 MOTION -   MOTION TO CONTINUE FILED BY DEFENDANT ON 12/11/2015


01/08/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 01/07/2016


           AFFADAVIT IN SUPPORT OF DEFENDANTS MOTION TO CONTINUE
01/18/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 01/07/2016


           AFFIDAVIT IN SUPPORT OF MATTHEW DAVIS MOTION TO CONTINUE
01/21/2016 MOTION -  OTHER MOTION FILED BY STATE ON 01/19/2016


           MOTION TO EXCLUDE EVIDENCE OF ALTERNATIVE SUSPECTS
03/21/2016 HEARING -  CONFERENCE HELD ON 03/18/2016
           E ALLEN HUNTER , JUSTICE
           PARTIES BY PHONE
03/21/2016 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 04/29/2016 at 09:00 a.m.

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

```
                CARSC
03/21/2016 HEARING -  CONFERENCE NOTICE SENT ON 03/21/2016


05/04/2016 HEARING -  CONFERENCE NOT HELD ON 04/29/2016


                LILLEY'S OFFICE DID NOT CALL IN
05/04/2016 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 05/09/2016 at 09:00 a.m.


                CARSC
05/04/2016 HEARING -  CONFERENCE NOTICE SENT ON 05/04/2016


05/27/2016 HEARING -  CONFERENCE FTA ON 05/09/2016


                DEFENDANT'S FAILED TO CALL IN
05/27/2016 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 07/22/2016 at 01:00 p.m.
                E ALLEN HUNTER , JUSTICE
                CARSC                                                   CONFERENCE WITH
                ATTORNEYS ONLY - IN PERSON PER J HUNTER
05/27/2016 HEARING -  CONFERENCE NOTICE SENT ON 05/27/2016


07/28/2016 HEARING -  CONFERENCE HELD ON 07/22/2016
                E ALLEN HUNTER , JUSTICE
07/28/2016 HEARING -  MOTION TO CHANGE VENUE SCHEDULE OTHER COURT ON 08/11/2016 at 09:00 a.m.


                CARSC
07/28/2016 HEARING -  MOTION TO CHANGE VENUE NOTICE SENT ON 07/28/2016


07/28/2016 ORDER -  COURT ORDER ENTERED ON 07/28/2016
                E ALLEN HUNTER , JUSTICE
                PRETRIAL ORDER
07/28/2016 ORDER -  COURT ORDER FILED ON 07/22/2016
                E ALLEN HUNTER , JUSTICE
07/28/2016 ORDER -  COURT ORDER ENTERED ON 07/28/2016
                E ALLEN HUNTER , JUSTICE
                AMENDED PRETRIAL ORDER
07/28/2016 ORDER -  COURT ORDER FILED ON 07/27/2016
                E ALLEN HUNTER , JUSTICE
07/29/2016 ORDER -  TRANSCRIPT ORDER FILED ON 07/29/2016


                COPY PUT IN WENDY'S FOLDER
08/05/2016 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 08/08/2016 at 09:30 a.m.


                CARSC
08/08/2016 OTHER FILING -  TRANSCRIPT FILED ON 08/08/2016


08/11/2016 MOTION -  MOTION IN LIMINE FILED BY DEFENDANT ON 08/10/2016


                DEFENDANT'S MOTION IN LIMINE TO PROHIBIT PRIOR BAD ACTS, INTOXICATION EVIDENCE AND
                EVIDENCE OF DEFENDANT'S MENTAL STATE
08/11/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 08/10/2016


                DEFENDANT'S NOTICE OF INTENTION RE: NGRI PLEA AND INTOXICATION
08/11/2016 MOTION -  MOTION IN LIMINE FILED BY STATE ON 08/03/2016
```

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

STATE'S OF MAINE'S MOTION IN LIMINE                        DR FLOMENBAUM
08/11/2016 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 08/01/2016

08/11/2016 HEARING -  CONFERENCE HELD ON 08/08/2016
           E ALLEN HUNTER , JUSTICE
08/11/2016 HEARING -  MOTION TO CHANGE VENUE HELD ON 08/11/2016
           E ALLEN HUNTER , JUSTICE
           Reporter: WENDY AMBROSE
08/15/2016 OTHER FILING -  WITNESS LIST FILED BY STATE ON 08/15/2016

08/18/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION IN LIMINE FILED BY STATE ON 08/18/2016

           RE: JENNIFER SABEAN AND DR MARK FLOMENBAUM
08/18/2016 Party(s): STATE OF MAINE
           ATTORNEY -  RETAINED ENTERED ON 08/18/2016

           Attorney: DONALD MACOMBER
08/18/2016 MOTION -  MOTION IN LIMINE DENIED ON 08/18/2016
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL
08/18/2016 ORDER -  COURT ORDER ENTERED ON 08/18/2016
           E ALLEN HUNTER , JUSTICE
           ORDER ON MOTION IN LIMINE REGARDING IDENTIFICATION OF DEFENDANT - DENIED
08/22/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 08/22/2016

           DEFENDANT'S OPPOSITION TO STATE'S MOTION IN LIMINE RE: DR FLOMENBAUM AND OFFER OF PROOF
08/22/2016 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 08/23/2016 at 08:30 a.m.
           E ALLEN HUNTER , JUSTICE
           CARSC
08/22/2016 OTHER FILING -  WITNESS LIST FILED BY DEFENDANT ON 08/19/2016

08/29/2016 HEARING -  CONFERENCE HELD ON 08/23/2016
           E ALLEN HUNTER , JUSTICE
08/29/2016 HEARING -  CONFERENCE HELD ON 08/29/2016
           E ALLEN HUNTER , JUSTICE
           FTR - CARSC
08/29/2016 MOTION -  MOTION FOR DISCOVERY GRANTED ON 08/29/2016
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL                          PARTIAL ORDER
           ON DISCOVERY REQUEST
08/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION IN LIMINE DENIED ON 08/29/2016
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL                          RE: JENNIFER
           SABEAN
08/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
           MOTION -  MOTION IN LIMINE GRANTED ON 08/29/2016
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL                          GRANTED RE: DR.
           FLOMENBAUM
08/29/2016 MOTION -  MOTION IN LIMINE GRANTED ON 08/29/2016
           CR_200, Rev. 07/15      Page  8  of 18           Printed on: 05/31/2024

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

```
              E ALLEN HUNTER , JUSTICE
              COPY TO PARTIES/COUNSEL
08/31/2016    HEARING -  CONFERENCE HELD ON 08/31/2016
              E ALLEN HUNTER , JUSTICE
              VIA PHONE
08/31/2016    OTHER FILING -  TRANSCRIPT FILED ON 08/30/2016

              PENDING MOTIONS DATED 8/11/2016
08/31/2016    OTHER FILING -  TRANSCRIPT FILED ON 08/30/2016

              PENDING MOTIONS DATED 8/16/16
08/31/2016    ORDER -  COURT ORDER ENTERED ON 08/31/2016
              E ALLEN HUNTER , JUSTICE
              ORDER ON MOTION TO COMPEL DISCOVERY
09/01/2016    OTHER FILING -  WITNESS LIST FILED BY DEFENDANT ON 09/01/2016

              DEFENDANT'S SECOND AMENDED WITNESS LIST
09/01/2016    OTHER FILING -  OTHER DOCUMENT FILED ON 08/31/2016

              DEF'S OPPOSITION TO STATE'S MTN IN LIMINE RE: JENNIFER SABEAN, DNA ANALYST
09/02/2016    MOTION -  MOTION TO CHANGE VENUE GRANTED ON 09/16/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: WENDY AMBROSE
              COPY TO PARTIES/COUNSEL                                  CASE TO BE
              TRANSFERRED TO WASHINGTON COUNTY
09/27/2016    OTHER FILING -  OTHER DOCUMENT FILED ON 09/15/2016

              STATE - DOCUMENTS TO SUPPLEMENT THE RECORD IN RE: DEF'S MTN TO COMPEL DISCOVERY
10/05/2016    TRIAL -  JURY TRIAL SCHEDULE OTHER COURT ON 12/01/2016 at 08:30 a.m.

              WASCD                                                    JURY SELECTION
10/14/2016    HEARING -  CONFERENCE SCHEDULED FOR 10/14/2016 at 09:30 a.m.

              NOTICE TO PARTIES/COUNSEL
10/14/2016    HEARING -  CONFERENCE NOT HELD ON 10/14/2016

              DEFENSE DIDN'T CALL
10/14/2016    HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 10/24/2016 at 08:30 a.m.

              HOUSC
10/14/2016    HEARING -  CONFERENCE NOTICE SENT ON 10/14/2016

10/17/2016    HEARING -  CONFERENCE NOT HELD ON 10/17/2016

10/17/2016    HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 10/25/2016 at 08:00 a.m.

              CARSC
10/17/2016    HEARING -  CONFERENCE NOTICE SENT ON 10/17/2016

11/10/2016    HEARING -  CONFERENCE HELD ON 10/25/2016
              E ALLEN HUNTER , JUSTICE
11/10/2016    TRIAL -  JURY TRIAL NOTICE SENT ON 11/10/2016
```

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

11/10/2016 MOTION -  MOTION TO CONTINUE GRANTED ON 12/15/2014

          COPY TO PARTIES/COUNSEL
11/10/2016 MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 12/04/2015

          COPY TO PARTIES/COUNSEL
11/10/2016 OTHER FILING -  WITNESS LIST FILED BY STATE ON 08/29/2016

          AMENDED WITNESS LIST
11/10/2016 OTHER FILING -  WITNESS LIST FILED BY STATE ON 09/01/2016

          STATE OF MAINE'S AMENDED WITNESS LIST
11/10/2016 OTHER FILING -  WITNESS LIST FILED BY DEFENDANT ON 08/17/2016

11/10/2016 ORDER -  TRANSCRIPT ORDER FILED ON 08/22/2016

11/10/2016 MOTION -  MOTION TO CHANGE VENUE FILED BY DEFENDANT ON 04/28/2016

11/10/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 08/11/2016

          DEFENDANT'S PROPOSED JURY VOIR DIRE
11/10/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 08/11/2016

          DEFENDANT'S PROPOSED JURY INSTRUCTIONS
11/10/2016 ORDER -  COURT ORDER ENTERED ON 09/16/2016

          ORDER ON MOTION FOR CHANGE OF VENUE
11/10/2016 ORDER -  COURT ORDER ENTERED ON 08/29/2016
          HAROLD  STEWART , JUSTICE
          ORDER ON DR. FLOMENBAUM MOTIONS IN LIMINE
11/10/2016 ORDER -  COURT ORDER ENTERED ON 08/29/2016
          E ALLEN HUNTER , JUSTICE
          PARTIAL ORDER ON DISCOVERY REQUEST
11/10/2016 ORDER -  COURT ORDER ENTERED ON 08/29/2016

          ORDER ON JENNIFER SABEAN MOTIONS IN LIMINE
11/18/2016 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 11/18/2016

          CERTIFIED COPY TO SHERIFF DEPT.
12/29/2016 TRIAL -  JURY TRIAL SELECTED ON 12/06/2016

12/29/2016 TRIAL -  JURY TRIAL HELD ON 12/06/2016
          E ALLEN HUNTER , JUSTICE
          Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
          TRIAL -  JURY TRIAL HELD ON 12/07/2016
          E ALLEN HUNTER , JUSTICE
          Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
          TRIAL -  JURY TRIAL HELD ON 12/08/2016
          E ALLEN HUNTER , JUSTICE
          Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10

          CR_200, Rev. 07/15       Page  10 of 18                    Printed on: 05/31/2024

```
              TRIAL -   JURY TRIAL HELD ON 12/09/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
              TRIAL -   JURY TRIAL HELD ON 12/12/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
              TRIAL -   JURY TRIAL HELD ON 12/14/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
              TRIAL -   JURY TRIAL HELD ON 12/15/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
12/29/2016 Charge(s): 1,2,3,4,5,6,7,8,9,10
              TRIAL -   JURY TRIAL HELD ON 12/19/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
01/03/2017 TRIAL -   JURY TRIAL HELD ON 12/20/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
01/03/2017 TRIAL -   JURY TRIAL HELD ON 12/21/2016
              E ALLEN HUNTER , JUSTICE
              Reporter: LAURIE GOULD
01/03/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              VERDICT -   GUILTY RETURNED ON 12/21/2016

01/03/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              FINDING -   GUILTY ENTERED BY COURT ON 12/21/2016
              E ALLEN HUNTER , JUSTICE
01/03/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              FINDING -   GUILTY CONT FOR SENTENCING ON 12/21/2016

01/03/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              HEARING -   SENTENCE HEARING SCHEDULE OTHER COURT ON 02/10/2017 at 11:00 a.m.

              HOUSC
01/03/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              HEARING -   SENTENCE HEARING NOTICE SENT ON 01/03/2017

02/01/2017 OTHER FILING -   SENTENCING MEMORANDUM FILED BY STATE ON 01/30/2017

03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              HEARING -   SENTENCE HEARING HELD ON 02/10/2017
              HAROLD  STEWART , JUSTICE
              Reporter: WENDY AMBROSE
03/21/2017 Charge(s): 1
              RULING -   ORIGINAL ORDERED ON 02/10/2017
              E ALLEN HUNTER , JUSTICE
              It is adjudged that the defendant is guilty of 1 MURDER 17-A 201(1)(A) Class M as charged and
              convicted.
```

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of life.

It is ordered that the defendant forfeit and pay the sum of $24514.01 as restitution through the District Attorney's Office.

For the benefit of :
DALE WHITE  Amount $500
 VICTIMS COMP FUND  Amount $9500
OR THEIR INSURERS KATAHDIN FOREST PRODUCETS INC  Amount $14514.01

$ 35 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 1
         RULING -  ORIGINAL ISSUED ON 02/10/2017

         DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 2
         RULING -  ORIGINAL ORDERED ON 02/10/2017
         E ALLEN HUNTER , JUSTICE
         It is adjudged that the defendant is guilty of 2 MURDER 17-A 201(1)(A) Class M as charged and
         convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of life.

This sentence to be served concurrently with: HOUSCCR201300137  Charge: 1

Defendant to receive credit for time served.

         $ 35 VICTIMS COMPENSATION FUND
         **TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 2
         RULING -  ORIGINAL ISSUED ON 02/10/2017

         DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 3
         RULING -  ORIGINAL ORDERED ON 02/10/2017
         E ALLEN HUNTER , JUSTICE
         It is adjudged that the defendant is guilty of 3 ARSON 17-A 802(1)(A) Class A as charged and
         convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 25 year(s).

This sentence to be served concurrently with: HOUSCCR201300137  Charge: 1

Defendant to receive credit for time served.

         $ 35 VICTIMS COMPENSATION FUND
         **TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 3
         RULING -  ORIGINAL ISSUED ON 02/10/2017

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

                   DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 4
                   RULING -  ORIGINAL ORDERED ON 02/10/2017
                   E ALLEN HUNTER , JUSTICE
                   It is adjudged that the defendant is guilty of 4 ARSON 17-A 802(1)(A) Class A as charged and
                   convicted.

                   The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 12 year(s).

                   This sentence to be served concurrently with: HOUSCCR201300137   Charge: 1

                   Defendant to receive credit for time served.

                   $ 35 VICTIMS COMPENSATION FUND
                   **TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 4
                   RULING -  ORIGINAL ISSUED ON 02/10/2017

                   DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 5
                   RULING -  ORIGINAL ORDERED ON 02/10/2017
                   E ALLEN HUNTER , JUSTICE
                   It is adjudged that the defendant is guilty of 5 THEFT BY UNAUTHORIZED TAKING OR TRANSFER 17-
                   A 353(1)(B)(1) Class B as charged and convicted.

                   The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 6 year(s).

                   This sentence to be served concurrently with: HOUSCCR201300137   Charge: 1

                   Defendant to receive credit for time served.

                   $ 35 VICTIMS COMPENSATION FUND
                   **TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 5
                   RULING -  ORIGINAL ISSUED ON 02/10/2017

                   DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 6
                   RULING -  ORIGINAL ORDERED ON 02/10/2017
                   E ALLEN HUNTER , JUSTICE
                   It is adjudged that the defendant is guilty of 6 ARSON 17-A 802(1)(A) Class A as charged and
                   convicted.

                   The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 10 year(s).

                   This sentence to be served concurrently with: HOUSCCR201300137   Charge: 1

                   Defendant to receive credit for time served.

                   $ 35 VICTIMS COMPENSATION FUND

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

**TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 6
   RULING - ORIGINAL ISSUED ON 02/10/2017

   DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 7
   RULING - ORIGINAL ORDERED ON 02/10/2017
   E ALLEN HUNTER , JUSTICE
   It is adjudged that the defendant is guilty of 7 ARSON 17-A 802(1)(A) Class A as charged and
   convicted.

   The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 15 year(s).

   This sentence to be served concurrently with: HOUSCCR201300137   Charge: 1

   Defendant to receive credit for time served.

   $ 35 VICTIMS COMPENSATION FUND
   **TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 7
   RULING - ORIGINAL ISSUED ON 02/10/2017

   DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 8
   RULING - ORIGINAL ORDERED ON 02/10/2017
   E ALLEN HUNTER , JUSTICE
   It is adjudged that the defendant is guilty of 8 AGGRAVATED CRIMINAL MISCHIEF 17-A 805(1)(A)
   Class C as charged and convicted.

   The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 30 month(s).

   This sentence to be served concurrently with: HOUSCCR201300137   Charge: 1

   Defendant to receive credit for time served.

   $ 35 VICTIMS COMPENSATION FUND
   **TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 8
   RULING - ORIGINAL ISSUED ON 02/10/2017

   DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 9
   RULING - ORIGINAL ORDERED ON 02/10/2017
   E ALLEN HUNTER , JUSTICE
   It is adjudged that the defendant is guilty of 9 THEFT BY UNAUTHORIZED TAKING OR TRANSFER 17-
   A 353(1)(B)(4) Class C as charged and convicted.

   The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 30 month(s).

   This sentence to be served concurrently with: HOUSCCR201300137   Charge: 1

Defendant to receive credit for time served.

$ 35 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 9
RULING -  ORIGINAL ISSUED ON 02/10/2017

DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 10
RULING -  ORIGINAL ORDERED ON 02/10/2017
E ALLEN HUNTER , JUSTICE
It is adjudged that the defendant is guilty of 10 THEFT BY UNAUTHORIZED TAKING OR TRANSFER
17-A 353(1)(B)(4) Class C as charged and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 6 month(s).

This sentence to be served concurrently with: HOUSCCR201300137  Charge: 1

Defendant to receive credit for time served.

$ 35 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 35.00.**

03/21/2017 Charge(s): 10
RULING -  ORIGINAL ISSUED ON 02/10/2017

DEFENDANT ACKNOWLEDGES RECEIPT
03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 02/21/2017

03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/01/2017
E ALLEN HUNTER , JUSTICE
COPIES TO PARTIES/COUNSEL
03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
MOTION -  OTHER MOTION FILED BY DEFENDANT ON 02/21/2017

MOTION FOR TRANSCRIPT AT STATE EXPENSE
03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
MOTION -  OTHER MOTION GRANTED ON 03/01/2017
E ALLEN HUNTER , JUSTICE
MOTION FOR TRANSCRIPT AT STATE EXPENSE
03/21/2017 ORDER -  TRANSCRIPT ORDER ENTERED ON 02/21/2017

03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
APPEAL -  APPLICATION ALLOW SENT APPEAL FILED ON 02/24/2017

03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
APPEAL -  NOTICE OF APPEAL FILED ON 02/21/2017

03/21/2017 Party(s): MATTHEW R DAVIS
ATTORNEY -  WITHDRAWN ORDERED ON 02/21/2017
CR_200, Rev. 07/15      Page  15 of 18      Printed on: 05/31/2024

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

```
              Attorney:  DANIEL LILLEY
03/21/2017 Party(s):  MATTHEW R DAVIS
              ATTORNEY -  APPOINTED ORDERED ON 03/21/2017


              Attorney:  TINA NADEAU
03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              APPEAL -  NOTICE OF APPEAL SENT TO REPORTER/ER ON 03/21/2017


03/21/2017 Charge(s): 1,2,3,4,5,6,7,8,9,10
              APPEAL -  NOTICE OF APPEAL SENT TO LAW COURT ON 03/21/2017


03/21/2017 OTHER FILING -  FINE PAYMENT SCHEDULE ORDERED ON 03/21/2017


              INSTALLMENT PYMTS: 0;DAILY: F;WEEKLY: F;BI-WEEKLY: F;MONTHLY: F;BI-MONTHLY: F;PYMT BEGIN:
              AT 0;PYMT IN FULL: 20170210 AT 0;THRU PPO: F;PYMT DUE AMT: 350;PMT DUE: 20170210 AT
              0;OTHER:
04/11/2017 APPEAL -  RECORD ON APPEAL DUE IN LAW COURT ON 03/10/2017


04/11/2017 APPEAL -  RECORD ON APPEAL SENT TO LAW COURT ON 04/11/2017


              VIA UPS
04/26/2017 ORDER -  COURT ORDER ENTERED ON 04/26/2017


              ORDER GRANTING LEAVE TO APPEAL SENTENCE
05/02/2017 Charge(s): 1
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 1
05/02/2017 Charge(s): 2
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 2
05/02/2017 Charge(s): 3
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 3
05/02/2017 Charge(s): 4
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 4
05/02/2017 Charge(s): 5
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 5
05/02/2017 Charge(s): 6
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 6
05/02/2017 Charge(s): 7
              AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017


              DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 7
```

05/02/2017 Charge(s): 8
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 8
05/02/2017 Charge(s): 9
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 9
05/02/2017 Charge(s): 10
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 05/02/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 10
08/14/2017 Charge(s): 1
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 1
08/14/2017 Charge(s): 2
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 2
08/14/2017 Charge(s): 3
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 3
08/14/2017 Charge(s): 4
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 4
08/14/2017 Charge(s): 5
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 5
08/14/2017 Charge(s): 6
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 6
08/14/2017 Charge(s): 7
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 7
08/14/2017 Charge(s): 8
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 8
08/14/2017 Charge(s): 9
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 9
08/14/2017 Charge(s): 10
        AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 08/14/2017

        DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 10
08/16/2018 Charge(s): 1,2,3,4,5,6,7,8,9,10

MATTHEW R DAVIS
HOUSC-CR-2013-00137
DOCKET RECORD

APPEAL -   MANDATE/ORDER FILED ON 08/16/2018

08/16/2018 Charge(s): 1,2,3,4,5,6,7,8,9,10
           APPEAL -   MANDATE/ORDER DENIED ON 08/16/2018

10/24/2018 OTHER FILING -   OTHER DOCUMENT FILED ON 10/19/2018

           NOTICE OF REMOVAL OF EXHIBITS
09/13/2022 CASE STATUS -   CASE FILE LOCATION ON 09/13/2022

           HOUSC - GIVEN TO J NELSON TO BRING TO HOUSC

**FINE PAYMENT SCHEDULE**
Execution/payment stayed to pay in full by 02/10/2017 or warrant to issue.


A TRUE COPY
ATTEST:   _____
                    Clerk

MATTHEW R DAVIS                              CRIMINAL DOCKET
  v.                                         AROOSTOOK, ss.
STATE OF MAINE                               Docket No  AROCD-CR-2018-30695

                              **DOCKET RECORD**

PL. DOB: 10/29/1980
PL. ATTY: HUNTER TZOVARRAS                 State's Attorney: TODD COLLINS
          THE LAW OFFICE OF HUNTER J. TZOVARRAS
          88 HAMMOND STREET, SUITE 301
          BANGOR ME 04401
          APPOINTED 11/28/2018

Filing Document: PETITION                  Major Case Type: POST CONVICTION REVIEW
Filing Date: 11/26/2018

## Charge(s)

## Docket Events:

11/27/2018 FILING DOCUMENT -   PETITION FILED ON 11/26/2018

11/27/2018 MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 11/26/2018

12/10/2018 POST CONVIC. REVIEW -   ASSIGNMENT ASSIGNED TO DOCKET ON 12/10/2018
           WILLIAM R ANDERSON , JUSTICE
           ORDER ASSIGNING PETITION FOR POST-CONVICTION REVIEW
12/19/2018 Party(s):  MATTHEW R DAVIS
           ATTORNEY -   APPOINTED ORDERED ON 11/28/2018

           Attorney:  HUNTER TZOVARRAS
12/19/2018 POST CONVIC. REVIEW -   ASSIGNMENT ASSIGNED TO JUSTICE ON 12/10/2018
           E ALLEN HUNTER , JUSTICE
01/23/2019 MOTION -   MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 01/22/2019

01/25/2019 MOTION -   MOTION FOR ENLARGEMENT OF TIME GRANTED ON 01/25/2019
           E ALLEN HUNTER , JUSTICE
           COPY TO PARTIES/COUNSEL                                        THE AMENDED
           PETITION SHALL BE FILED ON OR BEFORE 6/09/2019
04/18/2019 ORDER -   SPECIAL ASSIGNMENT ENTERED ON 12/10/2018
           ROLAND A COLE , JUSTICE
           POST CONVICTION REVIEW CASE ASSIGNED TO JUSTICE ALLEN HUNTER
04/18/2019 MOTION -   MOTION FOR APPOINTMENT OF CNSL GRANTED ON 11/28/2018
           HAROLD  STEWART , JUSTICE
           COPY TO PARTIES/COUNSEL
04/18/2019 POST CONVIC. REVIEW -   REVIEW SENT FOR REVIEW ON 11/29/2018

           PCR PETITION AND RELATED MATERIALS SENT TO PCRSCHEDULING EMAIL AND COPY OF PETITION SENT
           TO DISTRICT ATTORNEY'S OFFICE
04/18/2019 POST CONVIC. REVIEW -   REVIEW REVIEW BY JUSTICE ON 12/10/2018
           WILLIAM R ANDERSON , JUSTICE
04/18/2019 ORDER -   COURT ORDER ENTERED ON 12/10/2018
           WILLIAM R ANDERSON , JUSTICE
           ORDER ASSIGNING PETITION FOR POST-CONVICITON REVIEW               POST-CONVICITON
           ASSIGNMENT ORDER FILED AND INCORPRATED HEREINBY REFERENCE; CASE ASSIGNED TO THE REGULAR
           CRIMINAL DOCKET; COUNSEL TO BE APPOINTED; TIME LIMITS ESTABLISHED
           CR_200, Rev. 07/15      Page  1  of 6                    Printed on: 05/31/2024

STATE OF MAINE
AROCD-CR-2018-30695
DOCKET RECORD

06/27/2019 MOTION -  MOTION FOR EXTENSION OF TIME FILED BY DEFENDANT ON 06/27/2019

10/02/2019 MOTION -  MOTION FOR EXTENSION OF TIME FILED BY DEFENDANT ON 10/02/2019

              MOTION TO ENLARGE TIME FOR FILING AMENDED PETITION
10/28/2019 MOTION -  MOTION FOR EXTENSION OF TIME GRANTED ON 10/15/2019
              E ALLEN HUNTER , JUSTICE
              COPY TO PARTIES/COUNSEL                                  EXTENDED TO
              12/30/19
11/12/2019 MOTION -  MOTION FOR EXTENSION OF TIME GRANTED ON 11/12/2019
              HAROLD  STEWART , JUSTICE
              COPY TO PARTIES/COUNSEL
03/03/2020 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 03/19/2020 at 09:00 a.m.

              HOUDC                                        TELEPHONIC
              BRIDGE
03/03/2020 HEARING -  CONFERENCE NOTICE SENT ELECTRONICALLY ON 03/03/2020

03/04/2020 CASE STATUS -  CASE FILE LOCATION ON 03/04/2020

              FILE SENT TO CARIBOU WITH COURT MARSHALL                  RECEIVED IN
              CARSC ON 3/9/20
08/14/2020 POST CONVIC. REVIEW -  ASSIGNMENT ASSIGNED TO JUSTICE ON 08/14/2020
              ROBERT E MULLEN , JUDGE
08/14/2020 ORDER -  SPECIAL ASSIGNMENT ENTERED ON 08/14/2020
              ROBERT E MULLEN , JUDGE
              AMENDED SPECIAL ASSIGNMENT ORDER ASSIGNING JUSTICE HAROLD STEWART
09/28/2020 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 11/10/2020 at 08:00 a.m.

              CARSC
09/28/2020 HEARING -  CONFERENCE NOTICE SENT ELECTRONICALLY ON 09/28/2020

10/16/2020 HEARING -  CONFERENCE CONTINUED ON 03/19/2020
              HAROLD  STEWART , JUSTICE
11/11/2020 HEARING -  CONFERENCE HELD ON 11/10/2020
              HAROLD  STEWART , JUSTICE
11/11/2020 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 01/28/2021 at 08:15 a.m.

              CARSC                                        430=4100
              13693823#
11/11/2020 HEARING -  CONFERENCE NOTICE SENT ELECTRONICALLY ON 11/11/2020

12/08/2020 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 11/02/2020

              MOTION TO EXTEND TIME TO FILE AMENDED PETITION
12/08/2020 MOTION -  MOTION FOR ENLARGEMENT OF TIME GRANTED ON 12/08/2020
              HAROLD  STEWART , JUSTICE
              COPY TO PARTIES/COUNSEL
01/26/2021 HEARING -  CONFERENCE NOT HELD ON 01/26/2021

01/26/2021 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 03/24/2021 at 08:30 a.m.

              CARSC                                        BY PHONE

```
              ATTORNEYS ONLY 430-4100 13693823#
01/26/2021 HEARING -  CONFERENCE NOTICE SENT ELECTRONICALLY ON 01/26/2021

04/16/2021 HEARING -  CONFERENCE HELD ON 03/24/2021
              HAROLD  STEWART , JUSTICE
              CARSC
04/16/2021 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 07/26/2021 at 09:00 a.m.

              CARSC BY PHONE 61370266# COUNSEL ONLY
04/16/2021 HEARING -  CONFERENCE NOTICE SENT ELECTRONICALLY ON 04/16/2021

              BY EMAIL
06/16/2021 HEARING -  CONFERENCE NOT HELD ON 06/16/2021

              RESET PER JUSTICES REQUEST
06/16/2021 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 09/07/2021 at 08:30 a.m.

              CARSC PLEASE CALL 860-300 OR 430-4100 PASSCODE: 13693823#
06/16/2021 HEARING -  CONFERENCE NOTICE SENT ELECTRONICALLY ON 06/16/2021

06/17/2021 ORDER -  SPECIAL ASSIGNMENT ENTERED ON 06/15/2021
              STEPHEN  NELSON , JUDGE
10/21/2021 HEARING -  CONFERENCE HELD ON 09/07/2021

10/21/2021 ORDER -  COURT ORDER FILED ON 09/07/2021
              STEPHEN  NELSON , JUSTICE
              SCHEDULING ORDER
10/21/2021 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 10/22/2021 at 08:30 a.m.

              HOUSC                                                BY PHONE
10/21/2021 HEARING -  CONFERENCE NOT HELD ON 10/21/2021

10/21/2021 HEARING -  CONFERENCE SCHEDULE OTHER COURT ON 12/10/2021 at 08:30 a.m.

              CARSC                                                BY ZOOM
10/21/2021 HEARING -  CONFERENCE NOTICE SENT ON 10/21/2021

10/21/2021 HEARING -  EVIDENTIARY HEARING SCHEDULE OTHER COURT ON 02/18/2022 at 08:30 a.m.

              HOUSC                                                IN PERSON
10/21/2021 HEARING -  EVIDENTIARY HEARING NOTICE SENT ON 10/21/2021

10/21/2021 WRIT -  HABEAS CORPUS TO PROSECUTE ISSUED ON 10/21/2021

              CERTIFIED COPY TO SHERIFF DEPT.
10/21/2021 WRIT -  HABEAS CORPUS TO PROSECUTE ORDERED ON 10/21/2021
              STEPHEN  NELSON , JUSTICE
12/07/2021 SUPPLEMENTAL FILING -  AMENDED PETITION FILED ON 12/07/2021

12/09/2021 OTHER FILING -  OTHER DOCUMENT FILED ON 12/09/2021

              STATE'S ANSWER TO THE PETITION/AMENDED PETITION
12/09/2021 MOTION -  MOTION FOR DISCOVERY FILED BY STATE ON 12/09/2021
```

STATE OF MAINE
AROCD-CR-2018-30695
DOCKET RECORD

12/10/2021 HEARING - CONFERENCE HELD ON 12/10/2021
       STEPHEN NELSON , JUSTICE
       PREDC FTR
12/10/2021 ORDER - RECUSAL ORDER ENTERED ON 12/10/2021
       STEPHEN NELSON , JUSTICE
01/06/2022 POST CONVIC. REVIEW - ASSIGNMENT ASSIGNED TO JUSTICE ON 01/06/2022
       E ALLEN HUNTER , JUSTICE
01/19/2022 MOTION - MOTION TO CONTINUE FILED BY PETITIONER ON 01/10/2022

01/19/2022 HEARING - CONFERENCE SCHEDULE OTHER COURT ON 02/01/2022 at 08:15 a.m.

       CARSC                                        BY PHONE 430-
       4100 OR 860-3000 13693823#
01/19/2022 HEARING - CONFERENCE NOTICE SENT ON 01/19/2022

01/19/2022 MOTION - MOTION TO CONTINUE GRANTED ON 01/19/2022
       E ALLEN HUNTER , JUSTICE
       COPY TO PARTIES/COUNSEL
01/19/2022 HEARING - EVIDENTIARY HEARING CONTINUED ON 01/19/2022

03/02/2022 HEARING - CONFERENCE NOT HELD ON 02/01/2022

03/02/2022 HEARING - CONFERENCE SCHEDULE OTHER COURT ON 04/08/2022 at 09:00 a.m.

                                            WITH J HUNTER
       CARSC                        BY PHONE 430-4100 OR 860-3000
       13693823#
03/02/2022 HEARING - CONFERENCE NOTICE SENT ELECTRONICALLY ON 03/02/2022

04/08/2022 HEARING - CONFERENCE HELD ON 04/08/2022
       E ALLEN HUNTER , JUSTICE
04/08/2022 HEARING - CONFERENCE SCHEDULE OTHER COURT ON 05/13/2022 at 09:00 a.m.

                                          BY PHONE 430-
       CARSC
       4100 OR 860-3000 13693823#
04/08/2022 HEARING - CONFERENCE NOTICE SENT ON 04/08/2022

05/09/2022 MOTION - MOTION TO CONTINUE FILED BY PETITIONER ON 05/09/2022

       Attorney: HUNTER TZOVARRAS
05/09/2022 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 05/09/2022

05/11/2022 MOTION - MOTION TO CONTINUE MOOT ON 05/09/2022

05/11/2022 MOTION - MOTION TO CONTINUE GRANTED ON 05/11/2022
       E ALLEN HUNTER , JUSTICE
       COPY TO PARTIES/COUNSEL
05/11/2022 HEARING - CONFERENCE CONTINUED ON 05/11/2022

05/13/2022 HEARING - CONFERENCE SCHEDULE OTHER COURT ON 05/20/2022 at 09:00 a.m.

                                          BY PHONE 430-
       CARSC                                    Printed on: 05/31/2024

```
                4100 OR 860-3000 13693823#                              B
05/13/2022 HEARING - CONFERENCE NOTICE SENT ELECTRONICALLY ON 05/13/2022

06/22/2022 HEARING - CONFERENCE HELD ON 05/20/2022
                E ALLEN HUNTER , JUSTICE
06/22/2022 HEARING - EVIDENTIARY HEARING SCHEDULE OTHER COURT ON 09/07/2022 at 09:00 a.m.

                PENCD
06/22/2022 HEARING - EVIDENTIARY HEARING NOTICE SENT ELECTRONICALLY ON 06/22/2022

06/22/2022 WRIT - HABEAS CORPUS TO PROSECUTE ISSUED ON 06/22/2022

                CERTIFIED COPY TO SHERIFF DEPT.
09/07/2022 HEARING - EVIDENTIARY HEARING HELD ON 09/06/2022
                E ALLEN HUNTER , JUSTICE
                Attorney: HUNTER TZOVARRAS
                DA: DONALD MACOMBER
                301/09:37:42
09/13/2022 CASE STATUS - CASE FILE RETURNED ON 09/13/2022

                HOUSC GIVEN TO J NELSON TO TAKE TO HOUSC
09/13/2022 ORDER - TRANSCRIPT ORDER FILED ON 09/13/2022

                REQUESTED BY J HUNTER
09/16/2022 MOTION - MOTION TO PREPARE TRANSCRIPT FILED BY PETITIONER ON 09/16/2022

                MOTION FOR TRASCRIPT AT STATE EXPENSE
10/15/2022 ORDER - TRANSCRIPT ORDER FILED ON 09/23/2022

                AMENDED                                              EVIDENTIARY
                HEARING 9/7/22
10/15/2022 ORDER - TRANSCRIPT ORDER FILED ON 09/23/2022

                EVIDENTIARY HEARING
03/28/2023 HEARING - CONFERENCE SCHEDULE OTHER COURT ON 03/30/2023 at 12:15 p.m.

                CARSC                                                BY PHONE 430-
                4100 OR 860-3000 13693823#
03/28/2023 HEARING - CONFERENCE NOTICE SENT ELECTRONICALLY ON 03/28/2023

03/29/2023 HEARING - CONFERENCE NOT HELD ON 03/29/2023

06/09/2023 MOTION - MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 05/26/2023

                MOTION TO ENLARGE TIME FOR FILING AND THE MEMORANDUM IN SUPPORT OF POST CONVICTION REIVEW
10/17/2023 FINDING - DENIED ENTERED BY COURT ON 10/16/2023
                E ALLEN HUNTER , JUSTICE
10/17/2023 CASE STATUS - CASE FILE RETURNED ON 10/17/2023

                HOUDC GIVEN TO J NELSON
11/06/2023 APPEAL - NOTICE OF APPEAL FILED ON 11/02/2023

11/08/2023 MOTION - MOTION TO PREPARE TRANSCRIPT FILED BY DEFENDANT ON 11/08/2023
```

STATE OF MAINE
AROCD-CR-2018-30695
DOCKET RECORD

11/08/2023 OTHER FILING -  OTHER DOCUMENT FILED ON 11/08/2023

        TRANSCRIPT AND AUDIO ORDER FORM                        SENT TO OFFICE
        OF TRANSCRIPTION 11/13/2023
11/13/2023 MOTION -  MOTION TO PREPARE TRANSCRIPT GRANTED ON 11/09/2023
        STEPHEN  NELSON , JUSTICE
        COPIES TO PARTIES/COUNSEL
12/08/2023 APPEAL -   RECORD ON APPEAL DUE IN LAW COURT ON 12/13/2023

12/08/2023 APPEAL -   RECORD ON APPEAL SENT TO LAW COURT ON 12/08/2023

        USPS TRACKING NUMBER 9488 0890 0027 6060 6761 58
05/09/2024 APPEAL -   RECORD ON APPEAL RECVD FROM LAW COURT ON 05/09/2024


A TRUE COPY
ATTEST:  _____
               Clerk