| STATE OF MAINE | SUPREME JUDICIAL COURT |
| --- | --- |
| | Sitting as the Law Court |
| | Docket No. Aro-23-445 |

MATTHEW R. DAVIS

v.  **ORDER DENYING CERTIFICATE OF PROBABLE CAUSE**

STATE OF MAINE

Panel: STANFILL, C.J., and MEAD, HORTON, CONNORS, LAWRENCE, and DOUGLAS, JJ.

Pursuant to 15 M.R.S. § 2131(1) (2023) and M.R. App. P. 19(a)(2)(F), Matthew R. Davis filed a memorandum seeking a certificate of probable cause permitting an appeal to the Law Court of the court's (*Hunter, A.R.J.*) order denying his post-conviction petition.

Davis contends that the court erred in denying his petition. After review of the record, the Court has determined that no further hearing or other action is necessary to a fair disposition of the matter.

It is therefore ORDERED that the request for a certificate of probable cause to proceed with the appeal is hereby DENIED.

Dated: April 3, 2024

For the Court,

Joel H. Biron
Acting Clerk of the Law Court
Pursuant to M.R. App. P. 12A(b)(4)



RECEIVED
APR 0 6 2024