UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MATTHEW DAVIS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:24-cv-00205-SDN |
| MAINE STATE PRISON, | ) ) ) | |
| Respondent. | ) ) | |

### ORDER

On December 18, 2024, the Magistrate Judge recommended dismissal of Petitioner Matthew Davis's petition for habeas corpus relief pursuant to 28 U.S.C § 2254 and denial of a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2). ECF No. 9. No objections have been filed, and the time for doing so has expired.

Having reviewed and considered the Report and Recommendation, I find that the Magistrate Judge's recommendations are supported by the record facts and consistent with the applicable law. Therefore, the Court **AFFIRMS** and **ADOPTS** the Report and Recommendation in its entirety.

For the reasons set forth therein, Davis's Petition for Writ of Habeas Corpus is **DISMISSED**, and the Court **DENIES** Davis a certificate of appealability.

**SO ORDERED.**

Dated this 8th day of May, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**